**Motion Granted in Part; Order filed February 26, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00496-CV

_____

### ERIC HOOD A/K/A TIM SACKETT, Appellant

### V.

### FINANCIAL FREEDOM, A DIVISION OF CIT BANK NA, Appellee

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-12687**

## ORDER

On October 12, 2018 appellant requested preparation of a supplemental reporter's record. This court granted two requests for extensions to file the supplemental reporter's record requiring the record to be filed on or before January 29, 2019. On February 20, 2019, Cynthia Martinez, the court reporter, filed a further request for extension of time to file the record requesting an additional 45 days' extension. We grant the court reporter's motion in part and issue the following order.

We order Cynthia Martinez, the court reporter, to file the record in this appeal **within 15 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Cynthia Martinez does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

Appellant's brief shall be due 30 days after the supplemental reporter's record is filed.

PER CURIAM